

# THE ATTORNEY GENERAL
## OF TEXAS

**AUSTIN 11, TEXAS**

JOHN BEN SHEPPERD
ATTORNEY GENERAL

August 7, 1953

Hon. Murray H. Nance., Jr.       Opinion No. S-82
County Attorney Grayson County
Sherman, Texas               Re: Mandatory or permissive
                                  character of the tax asses-
                                  sor-collector's function to
Dear Mr. Nance:               issue tax certificates.

      This will acknowledge receipt of your request for the
opinion of this office upon the construction of House Bill 769, 53rd
Legislature, which was enacted as Chapter 436, Acts 53rd Legisla-
ture, 1953, and is codified as Article 7258a, Vernon's Civil Statutes.

      The pertinent portion of Article 7258a, V.C.S., as amend-
ed, is as follows:

         ". . . the Tax Collector or his deputy . . .
    shall, upon request, issue a certificate showing
    the amount of taxes, interest, penalty and costs
    due, if any, on the property described in said
    certificate."

      We concur in your opinion to the tax assessor-collector
of Grayson County holding that this statute is mandatory and not direc-
tory. See Nueces County v. Currington, 139 Tex. 297, 162 S.W.2d 687
(1942)

### SUMMARY

      Article 7258a, V.C.S., as amended by the 53rd
    Legislature, is mandatory and not directory.

                          Yours very truly,

APPROVED:

                          JOHN BEN SHEPPERD
W. V. Geppert                  Attorney General
Taxation Division

C. K. Richards                By
Reviewer                       L. P. Lollar
                              Assistant

Willis E. Gresham
Reviewer

Robert S. Trotti
First Assistant